# United States District Court
## For The Western District of North Carolina
### Statesville Division

BARDONIANO O. LOPEZ,

    Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                       CASE NO. 5:06CV12-3-MU

LAWRENCE SOLOMON, SUPT.
OF ODOM CORRECTIONAL INST.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 6, 2006, Order.

                                              Signed: February 6, 2006

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court